# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00144(1)-ADA |
| | § | |
| (1) JOSE REYNALDO UGALDE-ORTEGA | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 27, 2025, wherein the defendant (1) JOSE REYNALDO UGALDE-ORTEGA waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE REYNALDO UGALDE-ORTEGA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE REYNALDO UGALDE-ORTEGA's plea of guilty to Count One (1) is accepted.

Signed this 16th day of April, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE